AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
## for the
_____ District of South Carolina _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No. 4:15-CR-868 |
| | ) |
| BRIAN KEITH PERDUE | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of Court

| Place: McMillan Federal Building<br>401 West Evans Street<br>Florence, SC 29501 | Courtroom No.: 3 |
|---|---|
| | Date and Time: 01/06/16, 10:30 .m. |

This offense is briefly described as follows:
Title 18, United States Code, Section 1014
Title 18, United States Code, Section 371
Title 18, United States Code, Section 981(a)(1)(C)
Title 18, United States Code, Section 982(a)(2)(A)
Title 28, United States Code, Section 2461(c)

Date:  12/8/2015

s/Shari Stefano
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

2015 DEC 10 AM 10:42 RECEIVED

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

[ ] Executed and returned this summons
[X] Certified Mailed 12/10/15
[X] Signed Receipt Date 12/14/15
[X] Signed by UNIDENTIFIABLE SIGNATURE

Date:  12/18/15

[ ] Returned this summons unexecuted
[ ] Certified Mailed _____
[ ] No Response _____
[ ] Defendant Appeared   [ ] Defendant Failed to Appear

Judy Spivey
*Server's signature*

Judy Spivey, Admin Support Asst
*Printed name and title*