# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.                                  CASE NO. : 4:15-cr-00868-RBH-2

Brian Keith Perdue

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

_____
(Signed)   Defendant

Florence, South Carolina
January 6, 2016