IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-cr-00868-RBH-2 |
| | ) | |
| vs. | ) | **MOTION FOR DISCLOSURE OF** |
| | ) | **INTENT TO USE EVIDENCE OF OTHER** |
| BRIAN KEITH PERDUE, | ) | **CRIMES, WRONGS, OR** |
| | ) | **ACTS UNDER FEDERAL RULES** |
| Defendant. | ) | **OF EVIDENCE 404(b)** |
| | ) | |

The Defendant, Brian Keith Perdue, by and through his undersigned attorney, does hereby move the Court, pursuant to *Federal Rules of Evidence*, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular, crime, wrong, or act to be used and the particular theory upon which it is admissible.

    /s/Ashley B. Nance
Ashley B. Nance
KING, LOVE & HUPFER, LLC
Post Office Box 1764
Florence, South Carolina 29503-1764
Federal ID No.11093
anance@kingandlove.com
(843) 407-5525

Attorney for Defendant
Brian Keith Perdue

Florence, South Carolina
January 8, 2016