IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-cr-00868-RBH-2 |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATION** |
| BRIAN KEITH PERDUE, | ) | **LOCAL RULE 12.02** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 12.02 Local Rules for the District of South Carolina, counsel for the Defendant certifies that, because of the nature of the motions simultaneously herewith, it is counsel's opinion that consultation with opposing counsel would serve no useful purpose.

  /s/Ashley B. Nance
Ashley B. Nance
KING, LOVE & HUPFER, LLC
Post Office Box 1764
Florence, South Carolina 29503-1764
Federal ID No.11093
anance@kingandlove.com
(843) 407-5525

Attorney for Defendant
Brian Keith Perdue

Florence, South Carolina
January 8, 2016