IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.:  4:15-cr-00868-RBH-2 |
| ) | |
| vs. ) | |
| ) | **MOTION TO DISCLOSE** |
| ) | **INTENTION TO USE EVIDENCE** |
| BRIAN KEITH PERDUE, ) | |
| ) | |
| Defendant. ) | |

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the Defendant will appear before the United States for the District of South Carolina at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), *Federal Rules of Criminal Procedure*, that the Court order the Government to notify the Defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

 /s/Ashley B. Nance
Ashley B. Nance
KING, LOVE & HUPFER, LLC
Post Office Box 1764
Florence, South Carolina 29503-1764
Federal ID No.11093
anance@kingandlove.com
(843) 407-5525

Attorney for Defendant
Brian Keith Perdue

Florence, South Carolina
January 8, 2016