# PRETRIAL CONFERENCE SCHEDULE AND NOTICE OF TERM OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**TO: Members Of The Bar and other parties having criminal cases listed below:**

**PLEASE TAKE NOTICE** the following cases have been scheduled for **PRETRIAL CONFERENCES** on **Monday, February 29,  2016 at 10:00 a.m.** before the **Honorable R. Bryan Harwell**, United States District Judge, at the United States Courthouse, Third Floor Courtroom, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina.

**GUILTY PLEAS** will be taken on **Tuesday, March 1,  2016 at 9:30 a.m.**  before the Honorable R. Bryan Harwell, United States District Judge, in the Third Floor Courtroom.  If a plea agreement is filed by **12:00 p.m. January 8, 2016,** you are not required to attend the pretrial conference.  If counsel wish to request a continuance prior to the pretrial conference, **they must file a written motion** (see the Court's Website **(www.scd.uscourts.gov)** for Judge Harwell's standing order Re: requests for continuances; criminal Pretrial Conferences) with the Clerk of Court at least **2 business days** before the date of the pretrial.

**CRIMINAL MOTIONS** will be heard on **Monday, February 29,  2016 at 10:00 a.m.** before Judge Harwell.  **All motions must be filed with an accompanying memorandums of law and are due by February 8, 2016.  The government shall file a response by February 16, 2016.**

1

**IN ALL CASES FOR TRIAL, PRETRIAL BRIEFS MUST BE E-MAILED TO JUDGE HARWELL'S ECF MAILBOX  NO LATER THAN THREE (3) DAYS PRIOR TO JURY SELECTION.**

**JURY SELECTION** will be held on **Thursday, March 3, 2016 at 9:30 a.m.**  All counsel must be present at **9:15 a.m.  Requests to strike for cause are due by 12:00 noon the day prior to jury selection. See form on the Court's website**.  Jury lists will be available in the Clerk's Office on **February 25, 2016.**  Copies of the responses to the juror questionnaires will be available for purchase at M & M Document Center (located at 1300 West Darlington Street, Florence, SC 29501, Phone (843) 662-2412) on **February 25, 2016**.  Copies of these responses will be available for review at the Clerk's Office in Florence during the same period. The questionnaires ask many of the same questions that are traditionally asked of the jurors during voir dire at jury selection.  **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

Pursuant to the Local Rules of this court (Rule 26.04), counsel must submit any **PROPOSED VOIR DIRE** questions and special **JURY INSTRUCTIONS** to the court (with a copy being sent to opposing counsel) at least seven (7) days prior to jury selection.  If such requests are not made by the deadline, counsel shall have waived the right to submit them.

This calendar will serve as your notice.  Any changes will be sent as updates, and you may discard previous notice.

**Attorneys are responsible for notifying their clients of all hearings.**

**PLEASE SEE THE COURT'S WEBSITE (www.scd.uscourts.gov) FOR JUDGE HARWELL'S STANDING ORDER  RE: REQUESTS FOR CONTINUANCES; CRIMINAL PRETRIAL CONFERENCES.**

| | | | |
|---|---|---|---|
| 4:14-721 | Randy Jarmarsa Graham, Jr. | Bond | Rose Mary Parham, Ret.<br>Alfred Bethea, AUSA |
| 4:15-337 | Devonte Olendus Wheeler<br>Cornelius Jermaine Jackson<br>Johnta Quamon Purnell | Custody<br>Custody<br>Custody | Grant Smaldone, Ret.<br>William Nettles, IV, AFPD<br>Coit Yarborough, CJA<br>Alfred Bethea, AUSA |
| 4:15-344 | James Christopher Barrett,<br>a/k/a Harry Patterson<br>Kristy Marie Hardee | Bond<br><br>Bond | Mark McLawhorn, AFPD<br><br>James Hoffmeyer, CJA<br>A. Bradley Parham, AUSA |
| 4:15-490 | Douglas Brewer Johnson | Bond | Jason P. Boan, Ret.<br>J. Rene Josey, Ret.<br>Alfred Bethea, AUSA |
| 4:15-544 | Daniel James Crutchfield | Custody | Michael Meetze, AFPD<br>A. Bradley Parham, AUSA |
| 4:15-713 | Jamal Antwan Lewis,<br>a/k/a "Buck" | Custody | Michael Meetze, AFPD<br>Christopher Taylor, AUSA |
| 4:15-714 | Thurman Lowery, Jr.,<br>a/k/a "Red"<br>David McCleod,<br>a/k/a "Face", a/k/a "Bam" | Custody<br><br>Custody | Melvin Cockrell, III, CJA<br><br>Finley Clarke, CJA<br>Christopher Taylor, AUSA |
| 4:15-715 | Marvin Joshua White | Custody | Mark McLawhorn, AFPD<br>Alfred Bethea, AUSA |
| 4:15-716 | Michael Bryant | Custody | Michael Meetze, AFPD<br>Alfred Bethea, AUSA |
| 4:15-726 | Enrique Lombrana-Perez | Custody | Mark McLawhorn, AFPD<br>A. Bradley Parham, AUSA |

Interpreter to be present

| | | | |
|---|---|---|---|
| 4:15-764-1 | Marvin Songlin | Custody | Coit Yarborough, CJA |
| -2 | Genille Fogo | Custody | Ashley Nance, CJA |
| -6 | Daphne Cox | Bond | Derek Shoemake, CJA |
| | | | A. Bradley Parham, AUSA |
| | | | Eric Klumb, AUSA |
| 4:15-854 | Alvin Edmund Agbo | Custody | William Nettles, IV, AFPD |
| | | | Alfred Bethea, AUSA |
| 4:15-855 | Kevin Bryan Nettles | Custody | John Ervin, III, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-856 | Brandon Sherord Copeland | Custody | Robert E. Lee, CJA |
| | Darrell Lucas Jordan | Bond | Kathy Elmore, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-860 | Cobie Osmond Bell | Custody | Brendan Barth, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-862 | Tyrone Orlando Reed | Bond | Morgan Martin, Ret. |
| | | | Christopher Taylor, AUSA |
| 4:15-864 | Akeem Akbar Young | Custody | Michael Meetze, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-865 | Quentin Antonio Benning | Custody | Mark McLawhorn, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-866 | Jevon Antwain Jackson | Custody | Mark McLawhorn, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-868 | Michael Lane Prevette | Bond | William Nettles, IV, AFPD |
| | Brian Keith Perdue | Bond | Ashley Nance, CJA |
| | | | John Potterfield, AUSA |
| 4:15-870 | Don Emmery Wilson | Bond | Michael Meetze, AFPD |
| | | | Eric Klumb, AUSA |