IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: 4:15-CR-00868-RBH-2 |
| ) | |
| vs. ) | **NOTICE OF REQUEST FOR** |
| ) | **PROTECTION FROM** |
| BRIAN KEITH PERDUE, ) | **COURT APPEARANCES** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

      The undersigned, counsel for the above-named Defendant, would respectfully request protection from Court appearances from May 23, 2016 through May 27, 2016, May 30, 2016 through June 3, 2016, June 6, 2016 through June 10, 2016. Counsel is expecting the birth of his first child during those dates.

      Pursuant to Local Rule 12.02 of the Local Rules for the District of South Carolina, counsel for the Defendant certifies that because of the nature of this Notice of Request for Protection from Court Appearances, it is counsel's opinion that consultation with opposing counsel would serve no useful purpose.

      Respectfully submitted,

      s/Ashley B. Nance
      Ashley B. Nance
      KING, LOVE & HUPFER, LLC
      135 S. Dargan Street
      P.O. Box 1764
      Florence, South Carolina 29503

Florence, South Carolina      Federal ID No. 11093
March 15, 2016      anance@kingandlove.com
      (843)407-5525
      ATTORNEY FOR DEFENDANT