IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 4:15-CR-00868-RBH-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BRIAN KEITH PERDUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned hereby certifies that on the 15th day of March, 2015, true copies of Defendant's Notice of Request for Protection from Court Appearances in the above-captioned action, were served upon the following by electronic mail only:

John C. Potterfield
U.S. Attorney's Office
District of Columbia
1441 Main Street, Suite 500
Columbia, SC 29201
John.Potterfield@usdoj.gov

s/Ashley B. Nance
Ashley B. Nance
KING, LOVE & HUPFER, LLC
135 S. Dargan Street
P.O. Box 1764
Florence, South Carolina 29503

Florence, South Carolina
March 15, 2016

Federal ID No. 11093
anance@kingandlove.com
(843)407-5525
ATTORNEY FOR DEFENDANT