# PRETRIAL CONFERENCE SCHEDULE AND NOTICE OF TERM OF COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

**TO: Members Of The Bar and other parties having criminal cases listed below:**

**PLEASE TAKE NOTICE** the following cases have been scheduled for **PRETRIAL CONFERENCES** on **Monday, April 25, 2016 at 10:00 a.m.** before the **Honorable R. Bryan Harwell**, United States District Judge, at the United States Courthouse, Third Floor Courtroom, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina.

**GUILTY PLEAS** will be taken on **Tuesday, April 26 2016 at 9:30 a.m.** before the Honorable R. Bryan Harwell, United States District Judge, in the Third Floor Courtroom. If a plea agreement is filed by **12:00 p.m. April 22, 2016,** you are not required to attend the pretrial conference. If counsel wish to request a continuance prior to the pretrial conference, **they must file a written motion** (see the Court's Website (**www.scd.uscourts.gov**) for Judge Harwell's standing order Re: requests for continuances; criminal Pretrial Conferences) with the Clerk of Court at least **2 business days** before the date of the pretrial.

**CRIMINAL MOTIONS** will be heard on **Monday, April 25, 2016 at 10:00 a.m.** before Judge Harwell. **All motions must be filed with an accompanying memorandums** of law and are due by **April 4, 2016.** The government shall file a response by **April 11, 2016**.

1

**IN ALL CASES FOR TRIAL, PRETRIAL BRIEFS MUST BE E-MAILED TO JUDGE HARWELL'S ECF MAILBOX  NO LATER THAN THREE (3) DAYS PRIOR TO JURY SELECTION.**

**JURY SELECTION** will be held on **Thursday, April 28, 2016 at 9:30 a.m.**  All counsel must be present at **9:15 a.m.  Requests to strike for cause are due by 12:00 noon the day prior to jury selection. See form on the Court's website**.  Jury lists will be available in the Clerk's Office on **April 21, 2016.**  Copies of the responses to the juror questionnaires will be available for purchase at M & M Document Center (located at 1300 West Darlington Street, Florence, SC 29501, Phone (843) 662-2412) on **April 21, 2016**.  Copies of these responses will be available for review at the Clerk's Office in Florence during the same period. The questionnaires ask many of the same questions that are traditionally asked of the jurors during voir dire at jury selection.  **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

Pursuant to the Local Rules of this court (Rule 26.04), counsel must submit any **PROPOSED VOIR DIRE** questions and special **JURY INSTRUCTIONS** to the court (with a copy being sent to opposing counsel) at least seven (7) days prior to jury selection.  If such requests are not made by the deadline, counsel shall have waived the right to submit them.

This calendar will serve as your notice.  Any changes will be sent as updates, and you may discard previous notice.

**Attorneys are responsible for notifying their clients of all hearings.**

**PLEASE SEE THE COURT'S WEBSITE (www.scd.uscourts.gov) FOR JUDGE HARWELL'S STANDING ORDER  RE: REQUESTS FOR CONTINUANCES; CRIMINAL PRETRIAL CONFERENCES.**

| | | | |
|---|---|---|---|
| 4:15-337 | Devonte Olendus Wheeler | Custody | Grant Smaldone, Ret. |
| | Cornelius Jermaine Jackson | Custody | William Nettles, IV, AFPD |
| | Johnta Quamon Purnell | Custody | Coit Yarborough, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-344-2 | Kristy Marie Hardee | Bond | James Hoffmeyer, CJA |
| | | | A. Bradley Parham, AUSA |
| 4:15-488 | Kevin Richard Johnson | Custody | Thomas C. Brittain, Jr., Ret. |
| | | | Alfred Bethea, AUSA |
| 4:15-490 | Douglas Brewer Johnson | Bond | Jason P. Boan, Ret. |
| | | | J. Rene Josey, Ret. |
| | | | Alfred Bethea, AUSA |
| 4:15-713 | Jamal Antwan Lewis, a/k/a "Buck" | Custody | Michael Meetze, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-714 | Thurman Lowery, Jr., a/k/a "Red" | Custody | Melvin Cockrell, III, CJA |
| | David McCleod, a/k/a "Face", a/k/a "Bam" | Custody | Finley Clarke, CJA |
| | | | Christopher Taylor, AUSA |
| 4:15-715 | Marvin Joshua White | Custody | Mark McLawhorn, AFPD |
| | | | Alfred Bethea, AUSA |
| 4:15-764-1 | Marvin Songlin | Custody | Coit Yarborough, CJA |
| -6 | Daphne Cox | Bond | Derek Shoemake, CJA |
| | | | A. Bradley Parham, AUSA |
| | | | Eric Klumb, AUSA |
| 4:15-854 | Alvin Edmund Agbo | Custody | William Nettles, IV, AFPD |
| | | | Alfred Bethea, AUSA |
| 4:15-856 | Brandon Sherord Copeland | Custody | Robert E. Lee, CJA |
| | Darrell Lucas Jordan | Bond | Kathy Elmore, CJA |
| | | | Alfred Bethea, AUSA |
| | **Plea agreement filed by Copeland** | | |
| 4:15-860 | Cobie Osmond Bell | Custody | Brendan Barth, CJA |
| | | | Alfred Bethea, AUSA |

| | | | |
|---|---|---|---|
| 4:15-862 | Tyrone Orlando Reed | Bond | Morgan Martin, Ret.<br>Christopher Taylor, AUSA |
| 4:15-864 | Akeem Akbar Young | Custody | Michael Meetze, AFPD<br>Christopher Taylor, AUSA |
| 4:15-865 | Quentin Antonio Benning | Custody | Mark McLawhorn, AFPD<br>Christopher Taylor, AUSA |
| 4:15-866 | Jevon Antwain Jackson | Custody | Mark McLawhorn, AFPD<br>Christopher Taylor, AUSA |
| 4:15-868 | Michael Lane Prevette<br>Brian Keith Perdue | Bond<br>Bond | William Nettles, IV, AFPD<br>Ashley Nance, CJA<br>John Potterfield, AUSA |
| 4:15-870 | Don Emmery Wilson | Bond | Michael Meetze, AFPD<br>Eric Klumb, AUSA |
| 4:16-75 | Cathy Tucker | Bond | Michael Meetze, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-76 | Jonathan McRae | Bond | William Nettles, IV, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-78-3 | Lisa Marie Fellows | Bond | Mark McLawhorn, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-153 | Emilio Ramos Gonzalez<br>a/k/a Emilio Gonzales Leon<br><br>a/k/a Emilio Ramos<br>a/k/a Emilio Gonzales<br>Interpreter to be present | Custody | Mark McLawhorn, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-154 | Denain Ronquillo-Rodriguez<br>a/k/a Daniel Lopez<br>a/k/a Daniel Rodriguez-Lopez<br>a/ka/ Daniel Robles | Custody | Mark McLawhorn, AFPD<br>A. Bradley Parham, AUSA |

| | | | |
|---|---|---|---|
| 4:16-155 | Courtney Brockington | Bond | Michael Meetze, AFPD |
| | | | A. Bradley Parham, AUSA |
| 4:16-156 | Javier Rosado-Toro | Custody | William Nettles, IV, AFPD |
| | | | A. Bradley Parham, AUSA |

**Interpreter to be present**

| | | | |
|---|---|---|---|
| 4:16-166-3 | Annie Goodrum | Bond | Mark McLawhorn, AFPD |
| -4 | Andrea Lee | Bond | Kathy Price Elmore, CJA |
| -8 | Mickel Hanna | Bond | E. Leroy Nettles, Ret. |
| | | | Winston Holliday, AUSA |