---

# PRETRIAL CONFERENCE SCHEDULE AND NOTICE OF TERM OF COURT

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**TO: Members Of The Bar and other parties having criminal cases listed below:**

**PLEASE TAKE NOTICE** the following cases have been scheduled for **PRETRIAL CONFERENCES** on **Monday, June 13, 2016 at 10:00 a.m.** before the **Honorable R. Bryan Harwell**, United States District Judge, at the United States Courthouse, Third Floor Courtroom, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina.

**GUILTY PLEAS** will be taken on **Tuesday, June 14, 2016 at 9:30 a.m.** before the Honorable R. Bryan Harwell, United States District Judge, in the Third Floor Courtroom. If a plea agreement is filed by **12:00 p.m. June 10, 2016,** you are not required to attend the pretrial conference. If counsel wish to request a continuance prior to the pretrial conference, **they must file a written motion** (see the Court's Website **(www.scd.uscourts.gov)** for Judge Harwell's standing order Re: requests for continuances; criminal Pretrial Conferences) with the Clerk of Court at least **2 business days** before the date of the pretrial.

**CRIMINAL MOTIONS** will be heard on **Monday, June 13, 2016 at 10:00 a.m.** before Judge Harwell. **All motions must be filed with an accompanying memorandums of law and are due by May 23, 2016.** The government shall file a response by May 31, 2016.

**IN ALL CASES FOR TRIAL, PRETRIAL BRIEFS MUST BE E-MAILED TO JUDGE HARWELL'S ECF MAILBOX NO LATER THAN THREE (3) DAYS PRIOR TO JURY SELECTION.**

**JURY SELECTION** will be held on **Thursday, June 16, 2016 at 9:30 a.m.** All counsel must be present at **9:15 a.m. Requests to strike for cause are due by 12:00 noon the day prior to jury selection. See form on the Court's website.** Jury lists will be available in the Clerk's Office on **June 9, 2016.** Copies of the responses to the juror questionnaires will be available for purchase at M & M Document Center (located at 1300 West Darlington Street, Florence, SC 29501, Phone (843) 662-2412) on **June 9, 2016**. Copies of these responses will be available for review at the Clerk's Office in Florence during the same period. The questionnaires ask many of the same questions that are traditionally asked of the jurors during voir dire at jury selection. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

Pursuant to the Local Rules of this court (Rule 26.04), counsel must submit any **PROPOSED VOIR DIRE** questions and special **JURY INSTRUCTIONS** to the court (with a copy being sent to opposing counsel) at least seven (7) days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

This calendar will serve as your notice. Any changes will be sent as updates, and you may discard previous notice.

**Attorneys are responsible for notifying their clients of all hearings.**

**PLEASE SEE THE COURT'S WEBSITE (www.scd.uscourts.gov) FOR JUDGE HARWELL'S STANDING ORDER RE: REQUESTS FOR CONTINUANCES; CRIMINAL PRETRIAL CONFERENCES.**

| Case | Defendant | Status | Counsel |
|---|---|---|---|
| 4:15-337 | Devonte Olendus Wheeler | Custody | Grant Smaldone, Ret. |
| | Cornelius Jermaine Jackson | Custody | William Nettles, IV, AFPD |
| | Johnta Quamon Purnell | Custody | Coit Yarborough, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-488 | Kevin Richard Johnson | Custody | Thomas C. Brittain, Jr., Ret. |
| | | | Alfred Bethea, AUSA |
| 4:15-714 | Thurman Lowery, Jr., a/k/a "Red" | Custody | Melvin Cockrell, III, CJA |
| | David McCleod, a/k/a "Face", a/k/a "Bam" | Custody | Finley Clarke, CJA |
| | | | Christopher Taylor, AUSA |
| 4:15-715 | Marvin Joshua White | Custody | Thurmond Brooker, Ret. |
| | | | Alfred Bethea, AUSA |
| 4:15-764-1 | Marvin Songlin | Custody | Coit Yarborough, CJA |
| -6 | Daphne Cox | Bond | Derek Shoemake, CJA |
| | | | A. Bradley Parham, AUSA |
| | | | Eric Klumb, AUSA |
| | | | Anne Young, AUSA |
| 4:15-860 | Cobie Osmond Bell | Custody | Brendan Barth, CJA |
| | | | Alfred Bethea, AUSA |
| 4:15-864 | Akeem Akbar Young | Custody | Michael Meetze, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-866 | Jevon Antwain Jackson | Custody | Mark McLawhorn, AFPD |
| | | | Christopher Taylor, AUSA |
| 4:15-868 | Michael Lane Prevette | Bond | William Nettles, IV, AFPD |
| | Brian Keith Perdue | Bond | Ashley Nance, CJA |
| | | | John Potterfield, AUSA |
| 4:15-870 | Don Emmery Wilson | Bond | Michael Meetze, AFPD |
| | | | Eric Klumb, AUSA |
| 4:16-75 | Cathy Tucker | Bond | Michael Meetze, AFPD |
| | | | A. Bradley Parham, AUSA |

| | | | |
|---|---|---|---|
| 4:16-76 | Jonathan McRae | Bond | William Nettles, IV, AFPD |
| | | | A. Bradley Parham, AUSA |
| 4:16-78-1 | Anthony Hazeltine | Custody | Nicholas Lewis, CJA |
| -3 | Lisa Marie Fellows | Bond | Mark McLawhorn, AFPD |
| | | | A. Bradley Parham, AUSA |
| 4:16-152 | Brian Burgess | Custody | Mark McLawhorn, AFPD |
| | a/k/a "Baby Boy", a/k/a "B-Boy" | | Christopher Taylor, AUSA |
| 4:16-155 | Courtney Brockington | Bond | Joseph McCulloch, Jr., Ret. |
| | | | A. Bradley Parham, AUSA |
| 4:16-156 | Javier Rosado-Toro | Custody | William Nettles, IV, AFPD |
| | | | A. Bradley Parham, AUSA |

   **Interpreter to be present**

| | | | |
|---|---|---|---|
| 4:16-166 | Roselyn Goodrum | Bond | T. Kirk Truslow, CJA |
| | Tyrone Goodrum | Bond | Henry Anderson, Jr., CJA |
| | Annie Goodrum | Bond | Mark McLawhorn, AFPD |
| | Andrea Lee | Bond | Kathy Price Elmore, CJA |
| | Katrina Judge-Woods | Bond | James Battle, II, CJA |
| | Rogers Judge | Bond | Melvin Cockrell, III, CJA |
| | Jamea Quick | Bond | John Ervin, III, CJA |
| | Mickel Hanna | Bond | E. Leroy Nettles, Ret. |
| | | | Winston Holliday, AUSA |
| 4:16-244 | Samuel Tyrone Brown | Bond | Mark McLawhorn, AFPD |
| | | | Tommie DeWayne Pearson, AUSA |
| 4:16-245 | BaThu Nguyen | Bond | Michael Meetze, AFPD |
| | | | Tommie DeWayne Pearson, AUSA |

   **Vietnamese Interpreter to be present**