IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 4:15-CR-00868-RBH-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BRIAN KEITH PERDUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned hereby certifies that on the 9th day of June, 2016, true copies of Defendant's Motion for Continuance along with Waiver of Speedy Trial in the above-captioned action, were served upon the following by electronic mail only:

        John C. Potterfield
        U.S. Attorney's Office
        District of Columbia
        1441 Main Street, Suite 500
        Columbia, SC 29201
        John.Potterfield@usdoj.gov

        s/Ashley B. Nance
        Ashley B. Nance
        KING, LOVE & HUPFER, LLC
        135 S. Dargan Street
        P.O. Box 1764
        Florence, South Carolina 29503

Florence, South Carolina        Federal ID No. 11093
June 9, 2016        anance@kingandlove.com
        (843)407-5525
        ATTORNEY FOR DEFENDANT