# PRETRIAL CONFERENCE SCHEDULE AND NOTICE OF TERM OF COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

**TO: Members Of The Bar and other parties having criminal cases listed below:**

**PLEASE TAKE NOTICE** the following cases have been scheduled for **PRETRIAL CONFERENCES** on **Monday, July 25, 2016 at 10:00 a.m.** before the **Honorable R. Bryan Harwell**, United States District Judge, at the United States Courthouse, Third Floor Courtroom, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina.

**GUILTY PLEAS** will be taken on **Tuesday, July 26, 2016 at 9:30 a.m.** before the Honorable R. Bryan Harwell, United States District Judge, in the Third Floor Courtroom. If a plea agreement is filed by **12:00 p.m. July 22, 2016,** you are not required to attend the pretrial conference. If counsel wish to request a continuance prior to the pretrial conference, **they must file a written motion** (see the Court's Website (**www.scd.uscourts.gov**) for Judge Harwell's standing order Re: requests for continuances; criminal Pretrial Conferences) with the Clerk of Court at least **2 business days** before the date of the pretrial.

**CRIMINAL MOTIONS** will be heard on **Monday, July 25, 2016 at 10:00 a.m.** before Judge Harwell. **All motions must be filed with an accompanying memorandums of law and are due by July 5, 2016.** The government shall file a response by July 11 , 2016.

**IN ALL CASES FOR TRIAL, PRETRIAL BRIEFS MUST BE E-MAILED TO JUDGE HARWELL'S ECF MAILBOX  NO LATER THAN THREE (3) DAYS PRIOR TO JURY SELECTION.**

**JURY SELECTION** will be held on **Thursday, July 28, 2016 at 9:30 a.m.**  All counsel must be present at **9:15 a.m.**  **Requests to strike for cause are due by 12:00 noon the day prior to jury selection.** **See form on the Court's website**.  Jury lists will be available in the Clerk's Office on **July 21, 2016.**  Copies of the responses to the juror questionnaires will be available for purchase at M & M Document Center (located at 1300 West Darlington Street, Florence, SC 29501, Phone (843) 662-2412) on **July 21, 2016**.  Copies of these responses will be available for review at the Clerk's Office in Florence during the same period. The questionnaires ask many of the same questions that are traditionally asked of the jurors during voir dire at jury selection.  **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

Pursuant to the Local Rules of this court (Rule 26.04), counsel must submit any **PROPOSED VOIR DIRE** questions and special **JURY INSTRUCTIONS** to the court (with a copy being sent to opposing counsel) at least seven (7) days prior to jury selection.  If such requests are not made by the deadline, counsel shall have waived the right to submit them.

This calendar will serve as your notice.  Any changes will be sent as updates, and you may discard previous notice.

**Attorneys are responsible for notifying their clients of all hearings.**

**PLEASE SEE THE COURT'S WEBSITE (www.scd.uscourts.gov) FOR JUDGE HARWELL'S STANDING ORDER  RE: REQUESTS FOR CONTINUANCES; CRIMINAL PRETRIAL CONFERENCES.**

| | | | |
|---|---|---|---|
| 4:15-337-1 | Devonte Olendus Wheeler | Custody | Grant Smaldone, Ret.<br>Alfred Bethea, AUSA |
| 4:15-488 | Kevin Richard Johnson | Custody | Thomas C. Brittain, Jr., Ret.<br>Alfred Bethea, AUSA |
| 4:15-714-1 | Thurman Lowery, Jr.,<br>a/k/a "Red" | Custody | Melvin Cockrell, III, CJA<br>Christopher Taylor, AUSA |
| 4:15-715 | Marvin Joshua White | Custody | Thurmond Brooker, Ret.<br>Alfred Bethea, AUSA |
| 4:15-764-1 | Marvin Songlin | Custody | Coit Yarborough, CJA<br>A. Bradley Parham, AUSA<br>Eric Klumb, AUSA<br>Anne Young, AUSA |
| 4:15-868 | Michael Lane Prevette<br>Brian Keith Perdue | Bond<br>Bond | William Nettles, IV, AFPD<br>Ashley Nance, CJA<br>John Potterfield, AUSA |
| 4:15-870<br>    Plea agreement filed | Don Emmery Wilson | Bond | Michael Meetze, AFPD<br>Eric Klumb, AUSA |
| 4:16-75 | Cathy Tucker | Bond | Michael Meetze, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-76 | Jonathan McRae | Bond | William Nettles, IV, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-78-1<br>       -3 | Anthony Hazeltine<br>Lisa Marie Fellows | Custody<br>Bond | Nicholas Lewis, CJA<br>Mark McLawhorn, AFPD<br>A. Bradley Parham, AUSA |
| 4:16-152 | Brian Burgess<br>a/k/a "Baby Boy", a/k/a "B-Boy" | Custody | Mark McLawhorn, AFPD<br>Christopher Taylor, AUSA |
| 4:16-155 | Courtney Brockington | Bond | Joseph McCulloch, Jr., Ret.<br>A. Bradley Parham, AUSA |

| | | | |
|---|---|---|---|
| **4:16-156** | **Javier Rosado-Toro** | **Custody** | **William Nettles, IV, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| | **Interpreter to be present** | | |
| **4:16-166-1** | **Roselyn Goodrum** | **Bond** | **T. Kirk Truslow, CJA** |
| **-2** | **Tyrone Goodrum** | **Bond** | **Henry Anderson, Jr., CJA** |
| **-4** | **Andrea Lee** | **Bond** | **Kathy Price Elmore, CJA** |
| **-5** | **Katrina Judge-Woods** | **Bond** | **Finley Clarke, CJA** |
| **-6** | **Rogers Judge** | **Bond** | **Melvin Cockrell, III, CJA** |
| **-7** | **Jamea Quick** | **Bond** | **John Ervin, III, CJA** |
| **-8** | **Mickel Hanna** | **Bond** | **E. Leroy Nettles, III, Ret.** |
| | | | **Winston Holliday, AUSA** |
| **4:16-245** | **BaThu Nguyen** | **Bond** | **Michael Meetze, AFPD** |
| | | | **Tommie DeWayne Pearson, AUSA** |
| | **Vietnamese Interpreter to be present** | | |
| **4:16-327** | **Justin Daniels** | **Custody** | **Mark McLawhorn, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| **4:16-328** | **Billy Loyd** | **Bond** | **Michael Meetze, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| **4:16-329** | **Daniel Joe Wells** | **Bond** | **William Nettles, IV, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| **4:16-330** | **Angela McLeod** | **Bond** | **Mark McLawhorn, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| **4:16-389** | **Joseph Benton** | **Bond** | **William Nettles, IV, AFPD** |
| | | | **A. Bradley Parham, AUSA** |
| **4:16-392** | **Manuel Perez-Garcia** | **Custody** | **Mark McLawhorn, AFPD** |
| | **a/k/a Manuel De Jesus Perez Garcia** | | **A. Bradley Parham, AUSA** |
| | **a/k/a Carlos Cruz** | | |
| | **Interpreter to be present** | | |
| **4:16-393** | **Eric Jamal Burch** | **Custody** | **Michael Meetze, AFPD** |
| | | | **Christopher Taylor, AUSA** |
| **4:16-394** | **Tyrone Williams** | **Bond** | **William Nettles, IV, AFPD** |
| | | | **Christopher Taylor, AUSA** |