IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2016 JUL 26  AM 10: 50

UNITED STATES OF AMERICA

VS                                                    CR NO. 4:15CR00868-RBH (2)

BRIAN KEITH PERDUE

## PLEA

The defendant, **BRIAN KEITH PERDUE**, having withdrawn his plea of Not Guilty entered ___Jan. 6___, 2016, pleads **GUILTY** to **COUNT ONE (1) OF THE INDICTMENT** after arraignment in open court.

_____
(Signed) Defendant

___July 26___, 2016
Florence, South Carolina