IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-CR-868-RBH (2) |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN KEITH PERDUE | ) | |

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
**AS TO BRIAN KEITH PERDUE**

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of a Preliminary Order of Forfeiture as to Brian Keith Perdue ("Perdue", "Defendant"), based on the defendant's conviction of conspiracy to commit application fraud in violation of Title 18, United States Code, Sections 371 and 1014. The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

Respectfully submitted,

BETH DRAKE
ACTING UNITED STATES ATTORNEY

By:   s/*Anne Hunter Young*
       Anne Hunter Young, I.D. No#7258
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, SC 29201
       803-929-3000

August 8, 2016