# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

**TO:** Honorable R. Bryan Harwell, USDJ
U.S. Attorney
U.S. Marshal
U.S. Probation
Counsel
Courtroom Deputy/Court Reporter

**PLEASE TAKE NOTICE THE FOLLOWING CRIMINAL MATTERS HAVE BEEN SCHEDULED** FOR <u>**THURSDAY, DECEMBER 15, 2016,**</u> BEFORE <u>**HONORABLE R. BRYAN HARWELL, U.S. DISTRICT JUDGE**</u>, AT THE MCMILLAN FEDERAL BUILDING, 401 W. EVANS STREET, FLORENCE, SOUTH CAROLINA.

<u>**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF ALL HEARINGS.**</u>

<u>**IMPORTANT NOTICE TO ALL GOVERNMENT AND DEFENSE LAWYERS**</u>

1. **Downward Departure Motions**: Any <u>Downward Departure motions</u> based on U.S.S.G. § 5K.1 substantial assistance must be either filed, or the Court's Chambers orally notified no later than **2 business days** prior to the hearing.

2. **Withdrawal of PSR Objections**: In the event objections previously filed are being withdrawn, counsel should notify the Court in writing or orally by contacting Chambers at least **2 business days** prior to the hearing. (This will avoid the Court's unnecessary review of objections).

3. **Requests for Continuances**: Any requests for continuances shall be made no later than **2 business days** prior to the hearing. The request shall indicate whether opposing counsel consents and the basis for the request so that the Court can determine if it can be scheduled on another day, that week, or whether a longer continuance is needed. This request may be made orally and contacting Deputy Clerk Maxine Campbell (843-676-3816) or the Court's Chambers. (This will help avoid unnecessary transportation costs by the U.S. Marshal's Office).

## SUPERVISED RELEASE VIOLATION HEARING

**9:30 a.m**
**4:12-460**     **David Knight**                Custody        **Michael Meetze, AFPD**
                                                                **William Day, II, AUSA**

**10:00 a.m.**
**4:06-702**    **Draper Jarriette Jordan**     Custody        **Michael Meetze, AFPD**
                                                                **Alfred Bethea, AUSA**

**10:30 a.m.**
**4:07-1042**   **Billy Gerod Spivey**          Custody         **Michael Meetze, AFPD**
                a/k/a "Rod", a/k/a "Snake"                      **Alfred Bethea, AUSA**

**11:00 a.m.**
**4:14-108**    **Lecephrus Noel Pierce**       Custody        **Scott Joye, Ret.**
                                                                **Alfred Bethea, AUSA**

**11:30 a.m.**
**4:11-82**     **Deandrea Lashawn Tart**       Custody        **Mark McLawhorn, AFPD**
                                                                **Alfred Bethea, AUSA**

## SENTENCING

**2:00 p.m.**   **(Previously set for 12/13/16 9:30 a.m.)**
**4:15-868-2**  **Brian Keith Perdue**          Bond           **Ashley Nance, CJA**
                                                                **John Potterfield, AUSA**
                                                                **Anne Young, AUSA**