# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

**TO:** Honorable R. Bryan Harwell, USDJ
U.S. Attorney
U.S. Marshal
U.S. Probation
Counsel
Courtroom Deputy/Court Reporter

**PLEASE TAKE NOTICE THE FOLLOWING CRIMINAL CASES HAVE BEEN SCHEDULED FOR SENTENCING FOR MONDAY, APRIL 10, 2017, BEFORE HONORABLE R. BRYAN HARWELL, U.S. DISTRICT JUDGE, AT THE MCMILLAN FEDERAL BUILDING, 401 W. EVANS STREET, FLORENCE, SOUTH CAROLINA.**

**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF ALL HEARINGS.**

**IMPORTANT NOTICE TO ALL GOVERNMENT AND DEFENSE LAWYERS**

1. **Downward Departure Motions**: Any Downward Departure motions based on U.S.S.G. § 5K.1 substantial assistance must be either filed, or the Court's Chambers orally notified no later than **2 business days** prior to the hearing.

2. **Withdrawal of PSR Objections**: In the event objections previously filed are being withdrawn, counsel should notify the Court in writing or orally by contacting Chambers at least **2 business days** prior to the hearing. (This will avoid the Court's unnecessary review of objections).

3. **Requests for Continuances**: Any requests for continuances shall be made no later than **2 business days** prior to the hearing. The request shall indicate whether opposing counsel consents and the basis for the request so that the Court can determine if it can be scheduled on another day, that week, or whether a longer continuance is needed. This request may be made orally and contacting Deputy Clerk Maxine Campbell (843-676-3816) or the Court's Chambers. (This will help avoid unnecessary transportation costs by the U.S. Marshal's Office).

**9:30 a.m.**
4:15-868-2      Brian Keith Perdue            Bond        Ashley Nance, CJA
                                                          John Potterfield, AUSA
                                                          Anne Young, AUSA

**10:00 a.m.**
4:15-868- 1     Michael Lane Prevette         Bond        William Nettles, IV, AFPD
                                                          John Potterfield, AUSA
                                                          Anne Young, AUSA

**10:30 a.m.**
4:16-76         Jonathan McRae                Bond        William Nettles, IV, AFPD
                                                          A. Bradley Parham, AUSA

**11:00 a.m.**
4:16-329        Daniel Joe Wells              Bond        William Nettles, IV, AFPD
                                                          A. Bradley Parham, AUSA

**11:30 a.m.**
4:15-715        Marvin Johsua White           Custody     Thurmond Brooker, Ret.
                                                          Alfred Bethea, AUSA

**2:00 p.m.**
4:15-544        Daniel James Crutchfield      Custody     Michael Meetze, AFPD
                                                          A. Bradley Parham, AUSA

**2:30 p.m.**
4:16-328        Billy Loyd                    Bond        Michael Meetze, AFPD
                                                          A. Bradley Parham, AUSA