IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-CR-00868-RBH-2 |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| BRIAN KEITH PERDUE, | ) | **DOWNWARD DEPARTURE AND** |
| | ) | **MOTION FOR VARIANCE FROM** |
| Defendant. | ) | **SENTENCING GUIDELINES** |
| | ) | |

The Defendant, Brian Keith Perdue, by and through his undersigned attorney, hereby moves for a downward departure and variance from the United States Sentencing Commission's Guidelines recommended sentence. This motion is supported by Mr. Perdue's Memorandum of Law with accompanying Exhibits A and B that are attached hereto and incorporated by reference as if fully set forth herein.

Respectfully submitted,

 /s/Ashley B. Nance
Ashley B. Nance
KING, LOVE & HUPFER, LLC
Post Office Box 1764
Florence, South Carolina 29503-1764
Federal ID No.11093
anance@kingandlove.com
(843) 407-5525

Florence, South Carolina
April 8, 2017

Attorney for Defendant
Brian Keith Perdue