June 15, 2016

To whom it may concern,

    I am writing this letter of character for a longtime friend,, Brian Perdue. I have known Brian since 1982 when I met him in Oak Hill, West Virginia while I was stationed there as a West Virginia State Trooper. I remain in this city but Brian unfortunately moved away for career purposes but we still remain in touch. His father, Ernie and I are best friends and we sometimes travel and meet with Brian. His mother is also a close friend as well.

    As for Brian's character, it is unblemished. He is married and has two wonderful children. Brian is honest and holds high moral standards. He has always wanted to be successful which I believe he has done. He is self motivated and I am proud to call my friend. He is intelligent and appears to always be able to make good decisions. I believe he lives within his means and I would label him a family man. He has never been involved in any type of criminal behavior.

    I firmly believe that Brian is honest and trustworthy as well as loyal. Therefore, on a scale from one to ten, I would rate him a ten pertaining to his character.

    Sincerely,

    William E. McGraw
    1918 Westmoreland Dr.
    Oak Hill, West Virginia 25901
    304.573.3705