To Whom it May Concern:

I've know Mr. BrIan Perdue for eleven years.  During that time Mr. Perdue has shown himself to be a man of outstanding character.  I met Mr. Perdue while coaching youth baseball.  Mr. Perdue was also a baseball coach.  Mr. Perdue approached me about helping coach a travel team.  It was during that time that I found Mr. Perdue to have outstanding character.  He is very honest and straight forward.  When we held tryouts for that team, Mr. Perdue had a conversation with the ball players and their parents before tryouts began.  Mr. Perdue explained how the tryout process was going to work and how he intended to coach the team. Mr. Perdue did that in order to avoid misunderstandings at a later date. Mr. Perdue had a long coaching career.

During that coaching experience Mr. Perdue and I formed a friendship.  This allowed me to see Mr. Perdue off the baseball field and in his family setting.  Just as he was on the field, he was the same in his personal life.  Mr. Perdue is an outstanding father to his two children.  He's always there to support them in whatever undertaking they chose to do.  I've witnessed this behavior from Mr. Perdue all the time.  Mr. Perdue treated my children just has he treated his own. Simply put, Mr. Perdue is a family man.

I've also had the opportunity to witness Mr. Perdue in the work environment when he was running his own real estate appraisal business.  He was very dedicated to customer service and getting the job done correctly and on time.  Mr. Perdue is a consummate professional and treats others with courtesy and respect.  He is an honest man.  I grew up during a time when a man's word was his bond, Mr. Perdue is the epitome of that.

Sincerely,

David A. Klejka