IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2017 APR 10  AM 11: 27

UNITED STATES OF AMERICA

-V-                             CRIMINAL NO. 4:15CR00868-RBH (2)

BRIAN KEITH PERDUE

## RIGHT TO APPEAL

I have been notified by the court of my right to appeal and that I must do so within fourteen (14) days of the entry of the judgment.

I have discussed this right with my attorney.

☒  I **do not** want to appeal.

☐  I **do** want to appeal.

_____
Defendant's Signature

_____
Signature of counsel

4/10/17
_____
Date