PROB 49 (3/89)
CAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF SOUTH CAROLINA

U.S.A. vs. Brian Keith Perdue                               Criminal No. 4:15CR00868-RBH (2)

### Waiver of Hearing to Modify Conditions
### of Probation or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Reduction of monthly restitution payments from $1,500 per month to $300 per month.

Witness: _____          Signed: _____
Jeffrey M. Smihal                                                Probationer
Senior U.S. Probation Officer

                                  5-24-18
                                  Date

Respectfully,

### ORDER OF COURT

Considered and ordered this 22 day of
June , 2018 and ordered filed and
made a part of the records in the above case.

_____                     _____
Honorable R. Bryan Harwell                         United States Probation Officer
U.S. District Court Judge

                                                                               Place:

                                                                               Date:

TO CLERKS OFFICE                                                                                            Page 1